United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bell Northern Research, LLC, Plaintiff, <br><br> v. <br><br> BLU Products, Inc., Defendant. | ) ) ) ) Civil Action No. 21-23484-Civ-Scola ) ) ) |

### Order on Clerk's Default Procedure

It appears that **BLU Products, Inc.**, has failed to timely respond to the complaint. In order to resolve this case justly, swiftly, and economically the Court **orders** the Plaintiff to submit a *Motion for Entry of Clerk's Default* by **January 14, 2022**, consistent with Federal Rule of Civil Procedure 55(a). The motion *must* include a certificate of service indicating that the Plaintiffs sent it to the Defendants, including the addresses it was mailed to.

Alternatively, if the Plaintiffs no longer wishes to prosecute this action, or have otherwise settled the matter, the Plaintiffs must immediately file a *Notice of Voluntary Dismissal* in keeping with Federal Rule of Civil Procedure 41(a)(1)(A)(i). This option is not available to FLSA Plaintiffs. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

If the Clerk enters a default and the Defendants fail to move to set aside the default, or fail to otherwise respond to this lawsuit, the Plaintiffs must promptly seek a default judgment, consistent with Federal Rule of Civil Procedure 55(b). If the Plaintiffs fail to timely seek a Clerk's default or a default judgment, the Court may dismiss this action, without prejudice, for failure to prosecute.

**Done and ordered** in Miami, Florida on January 5, 2022.

_____
Robert N. Scola, Jr.
United States District Judge